LAW OFFICES OF ERIK BABCOCK
ERIK BABCOCK (Cal. 172517)
717 Washington St., 2d Floor
Oakland CA 94607
Tel: (510) 452-8400
Fax: (510) 201-2084
erik@babcocklawoffice.com

Attorney for Defendant
AMANDA YIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMANDA YIN,<br><br>　　　　Defendant. | Case No. 4:21-cr-00430-YGR (DMR)<br><br>**STIPULATION AND ORDER ALLOWING DEPOSIT OF REFUND CHECK** |

　　　Amanda Yin is charged with fraud and money laundering offenses for her alleged participation in a scheme to defraud the Employment Development Department. She lives in Indio, California, and her bond conditions were set in the Central District of California where she first appeared. During her initial appearance in this district, the court allowed her to stay released on that bond on the same conditions. One of the conditions ordered was that she not "sell, transfer or give away any asset valued at $5,000 or more" without the court's permission. Several of her financial accounts have been closed by the institutions. Last week Ms. Yin received a refund check from an account that was closed. The check is for $14,181.28.

The parties hereby stipulate and agree that the court should give Ms. Yin permission to deposit the check into her Bank of America bank account.

**SO STIPULATED**.

DATED: January 20, 2022          /S/_____
                                  HELEN GILBERT
                                  Assistant U.S. Attorney

DATED: January 20, 2022          /S/_____
                                  ERIK BABCOCK
                                  Attorney for Defendant
                                  AMANDA YIN

## ORDER

Good cause appearing, it is **SO ORDERED.**

DATED: January 21, 2022

IT IS SO ORDERED
Judge Donna M. Ryu

HONORABLE DONNA M. RYU
United States Magistrate Judge

2